```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**MICHAEL SHANE WILMOTH**                                              **PLAINTIFF**

v.                           CASE NO.: 10-5048

**DEPUTY LOCKHART ET AL.**                                            **DEFENDANTS**

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael Shane Wilmoth (Plaintiff), an inmate of the Varner Supermax Unit of the Arkansas Department of Correction in Grady, Arkansas, filed this case pro se and *in forma pauperis* under 42 U.S.C. § 1983. (Doc. 1). Now before the Court is the Motion to Dismiss filed by Defendants ARAMARK Correctional Services, LLC ("ARAMARK") and Barbara Hardwick ("Hardwick"). (Doc. 81).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), this case is referred to the undersigned by the Honorable Jimm Larry Hendren, Chief United States District Judge for the Western District of Arkansas. For the following reasons, it is the recommendation of the undersigned that the Motion to Dismiss (Doc. 81), be **DENIED.**

In the Motion to Dismiss, separate defendants ARAMARK and Hardwick move to dismiss the above-styled case as Plaintiff's pre-hearing materials, which were ordered due to the Court on or before August 7, 2011, were not timely filed. (Id.; Doc. 37). Plaintiff's materials were received August 16, 2011. (Doc. 84).

Although Plaintiff's materials to the Court were not timely, Plaintiff had filed five separate discovery motions, which were

pending with the Court during this time, and had actively pursued the litigation and prosecution of this case. (See Docs. 59, 60, 61, 66, 69). Moreover, Plaintiff did file his pre-hearing materials in time for the Court to serve writs and subpoenas to compel witnesses to the pre-trial hearing as scheduled. Thus, the Court can see little, if any, prejudice to the Defendants from Plaintiff's delay. Accordingly, it is the recommendation of the undersigned that the Motion to Dismiss (Doc. 81) be **DENIED**.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED this 23rd day of August 2011.**

/s/ Erin L. Setser
HON. ERIN L. SETSER
U.S. MAGISTRATE JUDGE