```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**MICHAEL SHANE WILMOTH**                                              PLAINTIFF

      v.                    Civil No. 10-5048

**DEPUTY LOCKHART ET AL.**                                             DEFENDANT

## O R D E R

NOW on this 15th day of September 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge (Doc. 88)** to which no objections have been filed. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds it sound in all respects.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 88) is **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation of the Magistrate Judge, the **Motion to Dismiss with Prejudice** (Doc. 81) filed by separate defendants ARAMARK Correctional Services, LLC and Barbara Hardwick, is hereby **denied.**

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                HON. JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE