```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**MICHAEL SHANE WILMOTH**                                           **PLAINTIFF**

**v.**                          **CASE NO.: 10-5048**

**DEPUTY LOCKHART ET AL.**                                         **DEFENDANTS**

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael Shane Wilmoth, an inmate in the Varner Unit of the Arkansas Department of Correction, in Grady, Arkansas, filed this civil rights action under 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Jimm Larry Hendren, Chief United States District Judge for the Western District of Arkansas, referred this case to the undersigned for the purpose of making a report and recommendation.

Now before the Court is the Joint Motion to Dismiss (Doc. 105), filed by the Benton County Defendants in the above-styled case. Those Defendants include: Deputy Lockhart, Sgt. Vaughn, Deputy Frischman, Sgt. Jessen, Deputy Dowdle, Deputy Hernandez, Deputy Robbins, Deputy Carlton, Deputy Lowther, Capt. Hunter Petray, Lt. Carter, Deputy Strickland and Deputy Wales. The Motion acknowledges that the Plaintiff and the Benton County Defendants have reached an agreed upon settlement of all matters raised in the above-styled case and request dismissal of the same.

This settlement agreement was reached after participating in a settlement conference conducted by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western

District of Arkansas. The Court will retain jurisdiction to vacate this recommendation, and any Order adopting this recommendation, to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is recommended that Plaintiff's Complaint (Doc. 1) be **DISMISSED with prejudice as to the Benton County Defendants. Defendants ARAMARK Correctional Services, LLC and Barbara Hardwick are not parties to the settlement agreement, nor are they subject to this recommendation.**

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this 5th day of December 2011.

                                       */s/ Erin L. Setser*
                                       HON. ERIN L. SETSER
                                       U.S. MAGISTRATE JUDGE