```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

MICHAEL SHANE WILMOTH                                      PLAINTIFF

        v.                Civil No. 10-5048

DEPUTY LOCKHART, ET AL.                                    DEFENDANTS

### O R D E R

Now on this 11th day of September, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #166) and plaintiff's objections thereto. Having thoroughly reviewed the Report and Recommendation and being well and sufficiently advised, the Court finds that the recommendation is sound in all respects, and plaintiff has stated neither law nor fact to refute it.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #166) is **adopted** *in toto*, and plaintiff's objections thereto are **overruled**;

**IT IS FURTHER ORDERED** that defendants' **Motion for Fees and Costs and Motion for Reduction of Settlement Check** (document #140) is **granted**, and defendants are awarded attorneys' fees in the amount of **$3,287.85**, to be deducted from the total settlement amount.

**IT IS SO ORDERED.**

                                      /s Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE